■ RICHARD A. BLUME, Appellant, v BARBARA E. M. BLUME, Respondent.

No appeal lies from an order denying a motion for resettle-

ment of the decretal paragraphs of a judgment *(see, Valenti Elec. Co. v Power Line Constructors,* 123 AD2d 604; *Men's World Outlet v Estate of Steinberg,* 101 AD2d 854). Mangano, J. P., Brown, Rubin and Eiber, JJ., concur.